IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 1:98-523-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FRANK LEON ROBINSON | ) | |
| _____ | ) | |

This court denied the defendant's motion for a reduction of his sentence which was made pursuant to 18 U.S.C. § 3582 and in light of Amendment 750 to the United States Sentencing Guidelines.

The defendant has now filed a motion to reconsider this court's denial of his § 3582 motion. As fully set out in this court's order of January 17, 2012, because the defendant was classified as a career offender, Amendment 750 did not have the effect of lowering the guideline range in his case. Thus, the court denied the defendant's § 3582 motion.

The court finds unpersuasive the defendant's argument that the Federal Public Defender's Office did not want to put forth their best effort as a result of their failure to cite recent cases which might have helped the defendant obtain some type of reduction.

Finding no grounds for disturbing the court's earlier ruling, the motion to reconsider (ECF No. 90) is denied

    IT IS SO ORDERED.

March 7, 2012                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge